**Superior Court of the District of Columbia**
CIVIL DIVISION
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Colin Dereck Moncrieff Yeater_
_____
Plaintiff

vs.

_Donald John Trump, _____ _____ _____ _____
_____
Defendant

Case Number: _0 2 5 -CAB- 0 0 0 6 5 8_

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_by Colin Dereck Moncrieff Yeater_
_____
Name of Plaintiff's Attorney

_____
Address

_202-809-7593_
_____
Telephone

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오        የ“ም”ን “ትር”ም “ለ”ማግኘት ለ“ም”ደ“ር” (202) 879-4828        በ“ም”ን

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W. for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

Civil Division
NOV 7 2025
US Attorney's Office DC



CV-3110 [Rev. June 2017]        Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

## CIVIL DIVISION - CIVIL ACTIONS BRANCH

### INFORMATION SHEET

*Colin Derek Moncrieff-Yeates*
Plaintiff(s)

vs

*Donald John Trump, John & Jane Doe 1-100*
Defendant(s)

Case Number: 2025 CAB JUU658

Date: Feb 4th 2025

[✓] One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* Colin Derek Moncrieff-Yeates | Relationship to Lawsuit |
|---|---|
| Firm Name: | [ ] Attorney for Plaintiff |
| | [✓] Self (Pro Se) |
| Telephone No.: 202-809-7593    DC Bar No.: | [ ] Other: |

TYPE OF CASE: [ ] Non-Jury    [ ] 6 Person Jury    [✓] 12 Person Jury

Demand: $ To be determined + ever hopes    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____    Judge: _____    Calendar #: _____

Case No.: _____    Judge: _____    Calendar #: _____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

**CONTRACT**
- [ ] Breach of Contract
- [ ] Breach of Warranty
- [ ] Condo/Homeowner Assn. Fees
- [ ] Contract Enforcement
- [ ] Negotiable Instrument

**COLLECTION/INS. SUB**
- [ ] Debt Collection
- [ ] Insurance Subrogation
- [ ] Motion Application for Judgment by Confession
- [ ] Motion Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- [ ] Breach of Contract
- [ ] Discrimination
- [ ] Wage Claim
- [ ] Whistle Blower
- [ ] Wrongful Termination

**REAL PROPERTY**
- [ ] Condo/Homeowner Assn. Foreclosure
- [ ] Declaratory Judgment
- [ ] Drug Related Nuisance Abatement
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Interpleader
- [ ] Other
- [ ] Quiet Title
- [ ] Specific Performance

- [ ] FRIENDLY SUIT
- [ ] HOUSING CODE REGULATIONS
- [ ] QUI TAM
- [ ] STRUCTURED SETTLEMENTS

**ADMINISTRATIVE PROCEEDINGS**
- [ ] Administrative Search Warrant
- [ ] App. for Entry of Jgt. Defaulted Compensation Benefits
- [ ] Enter Administrative Order as Judgment
- [ ] Libel of Information
- [ ] Master Meter
- [ ] Petition Other

- [ ] Release Mechanics Lien
- [ ] Request for Subpoena

**MALPRACTICE**
- [ ] Medical – Other
- [ ] Wrongful Death

**AGENCY APPEAL**
- [ ] Dangerous Animal Determination
- [ ] DCPS Residency Appeal
- [ ] Merit Personnel Act (OEA)
- [ ] Merit Personnel Act (OHR)
- [ ] Other Agency Appeal

- [ ] APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT

CV-496/February 2023

DC Superior Court

# In the "Superior Court of the District of Columbia"

Man with given name "Colin Derek", as )
one of "We the People" Grantors, )
Beneficiaries Primary Trustees and )          Case No. 2025 -CAB- 000658
Secured Party being deprived )
c/o 3340 Hewitt ave Silver spring Md )
                                        20906
"Plaintiff"/Presentor and "Claimant" )
)
vs.                          )
)                              Complaint/Claims
Donald J. Trump as Commander In Chief )
for The UNITED STATES, )                    42 USC 1983 Suit
~~John and Jane Doe 1-1,000~~ c/o )       "Deprivation of Rights"
c/o white House washington DC )
"Defendants" )

Comes now, man with the given name "Colin Derek" from the
"Moncrieff-Yeates" family, as one of "We The People", natural born, entitled
to all rights, privileges and immunities and the protections thereof
including, as a "citizen" having served honorably and discharged of any
"duty', hereinafter "Plaintiff"/Presentor and "Claimant", brings this suit for
damages caused by original and ongoing deprivations of rights, security and
protections by The United States, its officers, agents and employees,
including but not limited to "Donald John Trump" as "President".

DC Superior Court

# In the "Superior Court of the District of Columbia"

---

| | |
|---|---|
| Man with given name "Colin Derek", as )<br>one of "We the People" Grantors, )<br>Beneficiaries Primary Trustees and )<br>Secured Party being deprived )<br>)<br>"Plaintiff"/Presentor and "Claimant" )<br>)<br>vs. )<br>)<br>Donald J. Trump as Commander In Chief )<br>for The UNITED STATES, )<br>John and Jane Doe 1-1,000 )<br>)<br>"Defendants" ) | Case No. _____<br><br><br>Complaint/Claims<br><br>42 USC 1983 Suit<br>"Deprivation of Rights" |

---

Comes now, man with the given name "Colin Derek" from the "Moncrieff -Yeates" family, as one of "We The People", natural born, entitled to all rights, privileges and immunities and the protections thereof including, as a "citizen" having served honorably and discharged of any "duty", hereinafter "Plaintiff"/Presentor and "Claimant", brings this suit for damages caused by original and ongoing deprivations of rights, security and protections by The United States, its officers, agents and employees, including but not limited to "Donald John Trump" as "President".

## I. *Parties.*

"Plaintiff"/Presentor and "Claimant": Man with the given name "Colin Derek" with the family name of "Moncrieff -Yeates" as one of "We The People", entitled to all the protections of any "person", "citizen", "individual" and/or "inhabitant" and right to rely upon the sworn oath Duty and contractual obligations of those in positions of public trust, subject to "The Constitution of the United States of America" and any legal entity created or instituted thereby.

**Defendant** 1: "Donald John Trump" acting in the capacity of "Commander In Chief", sitting "President" at the time.

**Defendants** 2-100: John and Jane Doe; any and all officers holding any position of public trust who had/have responsibility to ensure the safety of the American people, including and especially those who had gathered to peacefully and patriotically support their congressmen as they reviewed the alleged results of the 2020 election and the challenges brought forth against said alleged results, to be identified upon Discovery.

## II. *Question Before The Court.*

**1.** Do the American people and citizens, et al, have a reasonable right to expect that they will be safe while visiting the Capital or any area of public concourse which is under the assumed protections of any government agency or officer?

"Plaintiff"/Presentor and "Claimant" asserts and contends that the answer is a resounding "yes".

III. *Assertions*. (unrebutted constitutes accepted fact)

    **Assertion #1.** It is a fundamental right of the People to travel as they please and go anywhere in these States united under the same "*principles*": "*That all men are created equal and endowed by their Creator with certain unalienable rights... That* **to secure these Rights** *Governments are instituted among men...*". These "*principles*" are clearly expressed in the Trust "*The unanimous Declaration of the thirteen united States of America*" which "*any Form of government*" is derived from and obviously subject to, the authors and creators "*We The People*" for the express purpose "**to secure these rights**" including but not limited to "*Life, Liberty and the Pursuit of Happiness*".

    **Assertion #2.** It logically follows that, "*any form of Government*" that is required "*to secure these Rights*", including traveling to, being present at and traveling away from any given place of public concourse, especially "The Capital", is liable for failure to perform which causes "deprivation of rights", harm, damages or injuries resulting therefrom.

    **Assertion #3.** "Plaintiff"/Presentor and "Claimant" states that he 'went to the Capital', specifically "*to show by my presence*", his "support for the brave men and women who committed to the people (principles) that they would do their duty and object in accordance with the provisions of the Constitution, to the improper **calculating** (as apposed to "counting whole numbers of lawful votes) of known false, unverifiable and questionable ballots." (see Exhibit I "Affidavit in Support for 42 USC 1983 Suit "Deprivation of Rights"" attached and incorporated herein)

    **Assertion #4.** There is more than sufficient evidence, affidavits and

reports made of activities outside the provisions of each State's mandates for counting and oversight to trigger investigations. The fact that various voting electronics were online, facilitating unauthorized access and vulnerable to remote altering of **calculations**, made it necessary to use the provisions provided in law to insure that the counting of lawful ballots is fulfilled properly.

**Assertion #5.** Further substance evidencing knowledge and collusion, is the continued obfuscation and the resistance to any investigations or accounting, by those accountable to the people, confirms that the evidence and affidavits of witnesses are true. If there was nothing to hide, there would be no need to resist, cover up, target whistle blowers and fabricate stories to distract from facts and evidence. As any good accountant knows, the job is not done until all ledgers are balanced.

**Assertion #6.** That being said, it matters not who allegedly won or who did the activities so far as this suit goes, except to say that there is more than enough probable cause for audits and investigations to ensure the peoples' votes were in fact properly counted (not calculated). Thus We The People had/have a reasonable expectation of various Senators and Congressmen to make objections and cause an accounting to ensure the proper intent of the people they represent is fulfilled. Several promised and only two in fact made a record, which apparently was negated by a false flag event and the fake "emergency suspension" and then "emergency" assembly negating the regular session in which the objections were made. This duplicitous maneuver was an end run around due process provisions, exhibiting a conniving plan well thought-out in advance to facilitate an insurrection of the vote and criminal takeover of *Our* government. All of

which needs to be thoroughly investigated and those perpetrators held accountable to the laws they are subject to.

**Assertion #7.** However, for this suit, the issue is not about the vote or the counting; except that it was the reason for the claimant and many others to travel to, and spend time at the Capital for the express purpose to show support for those representatives who promised to take appropriate actions to insure the people of their right to have their **one vote counted** (not calculated) as **one whole vote** for the candidate of their choice.

**Assertion #8.** It is a well established custom and right secured by the Constitution in the "Bill of Rights", for the People to travel to, and assemble at the Capitol in Washington D.C. for these and many other purposes, including sightseeing. It is a fundamental "*right of the people to be secure in their person, houses, papers and effects*" no matter where they go or stay, especially the Capitol where their representatives assemble for the express purpose to represent the voice of the People in a meaningful manner. Clearly, there is both an obligation and a Duty to perform in a manner consistent with the provisions of the authorizing trust and the conditional authority thereof to "*secure*" the People while going to, coming from and during their stay in the Capital. The People visiting the Capital and making known their needs to their representatives, have the right to rely upon the safe hospitality being provided to them while they are there.

**Assertion #9.** To the best of "Plaintiff's"/Presentor and "Claimant" knowledge, understanding and belief, Donald John Trump was lawfully in a position of public trust under the title "President of the United States of America", "The United States" and subject to the Constitution and charter thereof. As "Commander in Chief", he is tasked with ensuring the "Rights"

of the People are secure in every place, especially the Capital and the ten square miles surrounding it. Failure to secure the "Rights" and the "Safety and Happiness" for the People's while in the Capital and the "ten square miles" is recognized by the Supreme Court as "a taking".

**Assertion #10.** As a direct result of the failure to provide proper **security** to the People on January 6, 2021, it is clearly apparent that it is unsafe to be present at the Capitol or any area in Washington D.C. for anyone who questions the 2020 election. This targeted group has since been expanded to include ***anyone*** who questions the establishment's narratives and elitists' communistic power grab. Many of these patriot questioners, who were simply present at the Capitol on January 6, 2021, have been hunted down all over this Nation; assaulted, kidnapped, held ransom, tortured and forced to capitulate to "pleas", they would otherwise not have consented to, in exchange for cessation of the torture and a chance to go home to their families, in complete opposition to "due process".

We the people have been hunted down in our homes all over the Nation, assaulted, kidnapped, trafficked across state lines to the Washington D.C. goolag and held Hostage, tortured, deprived of even the most modest of rights, in violation of the Constitution, the U.S. Code, Nuremberg treaty and international laws. To this day many are still being held hostage without actual charges, without bail, without magistrate hearing setting bail or other release procedures and all too many are compelled by necessity to capitulate in order to end the torture and "plea bargain" to false accusations which are used for continuing political power and threats against any American that even question the narratives being imposed.

Myself and the small group I was leading never went to the Capital

grounds, because it was self evident that something was very wrong the moment we came into town. Normally at any event there is a multitude of security and police and unlawful searches and seizures, even at concerts, 4th of July events, so to be absent any security at all on a day of controversy, meant to me that there was a plot to entrap or facilitate an "event" and harm a lot of people, create media photo ops to be used in creating some narrative detrimental to this Republic. Thus we went up to the high ground of Union Station to observe, but apparently being anywhere that day or being associated with MAGA or the Constitution or "Christian", is more than enough to get one assaulted, kidnapped and tortured or killed in D.C..

**Assertion #11.** The perpetrators of these atrocities, under the guise of judicial authority, are clearly acting in violation of their required Oaths of Office and in opposition to the office they presume to hold. A false flag event was staged, forcing We The People into a trap and using them as pawns in a scheme to create a narrative that they were engaged in an "insurrection" in collusion with the sitting president, *against himself*; a blatantly preposterous fallacy which was nonetheless used and ***is still being used*** to weaponize the judiciary against the People it is obligated and duty bound to serve and **protect**. As demonstrated in numerous cases, time and again, the fabricated event and the equally fabricated accusations which stemmed therefrom were then used to undermine and nullify the Constitution and the laws of the United States, depriving We The People of the "*equal protection of the laws*".  (Amendment XIV)

**Assertion #12.** Whereas, "Donald John Trump" as "President" and "Commander in Chief", had a duty to ensure the safety of the People, such as "Plaintiff"/Presentor, while they traveled to the capital and spent time

there; the Commander in Chief is personally liable for failing to secure the People and their "Rights", including the "Claimant" herein. The "Plaintiff"/ Presentor and "Claimant" was and is still denied the right "*to be secure*" while in Washington D.C..

**Assertion #13**. As a direct result of the security failures on January 6, 2021 and every day thereafter, the consequences thereof include:

   **a.** "Plaintiff"/Presentor "Claimant" reroutes his travels to ensure he remains outside of the District of Columbia's "jackboots" jurisdiction, and avoids going into the bounds of Washington D.C. and is sure to remain unseen anywhere near the Capital.

   **b.** "Plaintiff"/Presentor "Claimant" avoids contact with any government agent (and their seemingly explicit agenda to threaten, intimidate, oppress, injure and even kill if an opportunity can be fabricated; a pattern of activity with these "Belt-way Bandits") who might "report" him as an "insurrectionist" or some other ridiculous targeting label (or as evidenced by some cases, simply being a political dissenter is sufficient to incur arrest and legal repercussions).

   **c.** There are meetings, events and work "Plaintiff"/Presentor and "Claimant" would normally do in the DC area but now is compelled to decline as it may be detrimental or hazardous to his health/life if "Plaintiff"/Presentor and "Claimant" goes there and some rouge agent finds out he was there on January 6, 2021.

   **d.** "Plaintiff"/Presentor and "Claimant" has also been denied the right to enjoy the company of friends still living in D.C.; because of the violent targeting of People who regard the Constitution as the Supreme Law of The Land.

**Assertion #14**. In this instance, the "Plaintiff"/Presentor and "Claimant" sues for actual damages, reliance damages, subsidiary damages, consequential damages, penalty damages and for the deprivations of his right *"to be secure in his person, houses, papers and effects"* **among others** as a direct result of failure to provide at least "reasonable" protections necessary under the circumstances on January 6, 2021 and thereafter.

## ACTION SOUGHT

"Plaintiff"/Presentor and "Claimant" sent "*Notice of Intent to Sue and Opportunity to Negotiate Settlement:*" about 8 months ago by certified mail and to date has failed to receive a response. "Plaintiff"/Presentor and "Claimant" **therefore** brings this cause for action in the hopes of an amicable **settlement** or a **trial by jury** to determine the value of the trespasses, injuries and ongoing deprivations of rights and to institute lawful processes to rectify and insure the people "the equal protection of the laws" and "to be secure in their persons, houses, papers and effects" including and especially their travel to, from and during their time at the Capital no matter their religious beliefs, associations, political beliefs, candidates they support, or exercising free speech, freedom of expression and freedom to assemble or just sight see,  et al. (see FRCP 11).

To the best of my knowledge, understanding and belief, the statements herein are true and correct without malicious intent, and all quotes are from Government websites or verified copies thereof. **(Bolds** added)

Signed by:_____

Colin Derek, Moncrieff-Yeates
passmctnow@gmail.com
202-809-7593

**Assertion #14**. In this instance, the "Plaintiff"/Presentor and "Claimant" sues for actual damages, reliance damages, subsidiary damages, consequential damages, penalty damages and for the deprivations of his right *"to be secure in his person, houses, papers and effects"* among others as a direct result of failure to provide at least "reasonable" protections necessary under the circumstances on January 6, 2021 and thereafter.

## ACTION SOUGHT

"Plaintiff"/Presentor and "Claimant" sent "*Notice of Intent to Sue and Opportunity to Negotiate Settlement:*" about 8 months ago by certified mail and to date has failed to receive a response. "Plaintiff"/Presentor and "Claimant" **therefore** brings this cause for action in the hopes of an amicable **settlement** or a **trial by jury** to determine the value of the trespasses, injuries and ongoing deprivations of rights and to institute lawful processes to rectify and insure the people "the equal protection of the laws" and "to be secure in their persons, houses, papers and effects" including and especially their travel to, from and during their time at the Capital no matter their religious beliefs, associations, political beliefs, candidates they support, or exercising free speech, freedom of expression and freedom to assemble or just sight see,  et al. (see FRCP 11).

To the best of my knowledge, understanding and belief, the statements herein are true and correct without malicious intent, and all quotes are from Government websites or verified copies thereof. **(Bolds** added)

Signed by: *Colin Derek & Moncrieff-Yeates*
Colin Derek, Moncrieff/Yeates
passmctnow@gmail.com
202-809-7593

## CERTIFICATE OF SERVICE

I hereby certify that on ~~January~~ *February 4th*, 2025, I hand delivered, emailed or mailed by USPS a true and correct copy of the foregoing document "Complaint/Claims 42 USC 1983 Suit "Deprivation of Rights", to the Clerk of the Superior Court of the District of Columbia. Service of these documents upon named parties was done via USPS.

Signed by: _____

Colin Derek, Moncrieff-Yeates
passmctnow@gmail.com
202-809-7593

## **CERTIFICATE OF SERVICE**

I hereby certify that on January ___, 2025, I hand delivered, emailed or mailed by USPS a true and correct copy of the foregoing document "Complaint/Claims 42 USC 1983 Suit "Deprivation of Rights", to the Clerk of the Superior Court of the District of Columbia. Service of these documents upon named parties was done via USPS.

Signed by:_____

Colin Derek, Moncrieff-Yeates

passmctnow@gmail.com

202-809-7593

DC Superior Court

<u>Exhibit I</u>

## Affidavit in Support
for
42 USC 1983 Suit
"Deprivation of Rights"

Affiant being of age and of sound mind states and affirms the following first hand experiences and reason for traveling to and being at Washington DC on January 6, 2021.

## Background:

I did radar and missile systems in the Navy and had security clearance. As a result I got to see things from the other side of the "curtain" which is why I did not stay and I became a 'target' because I promote truth and the values this country is founded upon.

I was raised on a sailboat for 6 years as a child so learned how to observe carefully and gifted to see patterns and things out of place. For instance I "predicted" "9-11" instantly when I saw a news report that said it was going bankrupt two and half years before it was done. "You watch, they are going to take those buildings down, blame it on a terrorist organization and take our rights away" was the words that I blurted out. It is just common sense once you know how evil thinks and what criminals do. The way it was done is "admirable" because it is very different than other buildings and you really had to know what your doing, get access, perfect timing have support from many government agencies and so much more to 'pull' it off and still get paid double the insurance.

Then there was New Orleans... that was different because it was a vision given while on a paddle wheel tour up and down the river. I saw the high waters and the bloated bodies floating and rotting, six months before it was done and turned on the news at just the right time to see the hurricane cut a 90 degree turn, go north to its target. The levies that were blown up were obviously put into place long before the event so it is clearly criminals at work again.

Then there is the vote calculating not counting by machines that have transceivers in them which can be easily hacked and no receipt for voters to have as proof of there vote being counted as intended. There is mountains of evidence and common sense observations that it is impossible to assert otherwise unless one is part of the crimes or truly fooled by the propaganda news outlets paid for by Nazi mentality wealthy people like Soros.

There is video evidence of ballot stuffing and guilty verdicts by the dozens of vote tampering. Then there are the hundreds of affidavits from eye witnesses, and video of the lawful over-watchers being kept from over-watching and blocking the view by putting up cardboard over windows.

Little things like two and even three times the number of votes calculated then there are voters or people to vote in that area. There is literally a mountain of evidence sufficient to cause investigations into the vote counting which is in fact, when the machines are involved, is really vote calculating, yet another unconstitutional activity.

The purpose of laws is to protect and secure the rights of the people especially when they are voting and their right to one whole vote. In this instance several state Senators and Congressmen including "Senator" Loeffler of Georgia (who criminally walked it back in violation of 18 USC 4) stated and "promised" the people they represent and the nation of people wanting accurate vote counting, that they would use Constitutional provisions to object to the counts and cause investigations to find out the voracity of the claims and act appropriately.

By the way, even though it appears no one knows what the definition of "woman" is, including a now sitting "Supreme court Justice", I will share what is hidden in plain sight… "woman" is merely man with womb… wombman or woman for short. It matters not what genitalia one may have or how one feels that day or how they would like to be, if one has a womb you are a wombman. Thus "woman" are still "men" for legal purposes such as "We hold these truth to be self evident that all men are created equal and endowed by their Creator with certain unalienable rights…" includes men with wombs.

So, my friends and I had investigated some of the claims and watched live video of unlawful behavior at vote counting places and the unlawful use of machines with transceivers which calculate votes instead of counting votes, were accessed, seals broken and the mathematical impossibilities of the numbers counted, the graphs which showed the counts went up by thousands in an instant and live TV showing numbers going down on one side, an impossibility, and going up the same amount for the other side, as well as asking and failing to receive a receipt evidencing that whole vote being counted in the manner intended, which is a violation of Article. II. of "The Bill of Rights" among others and State laws. We, both Republican and Democrats, all concluded that there was more than sufficient cause for representatives to object and implement a proper "inquiry sufficient for the circumstances (FRCP 11).

With this in mind we took time out of our day and went to the Capital to show by my presence in support for the brave men and women who committed to the people (principles) that they would do their duty and object in accordance with the provisions of the Constitution, to the improper **calculating** (as apposed to "counting" whole numbers of lawful votes) of known false, unverifiable and questionable ballots and improper altering and counting.

## Events witnessed

When we got near the capital after parking and walking many blocks, I noticed right away that there was little to no security.

Having gone to many "events", musical, fireworks, even protests, which invariably has so much security that it is intrusive even during the 4th of July peaceful gathering to celebrate, it is clear that this was some kind of a set up.

As a result, I guided our little group (we picked up or were joined by some women from other states that had never been here and needed assistance and company with people more familiar, and having lived in DC for a few years and even owned property there for many years I knew that it was unsafe for a woman to be by herself, so we invited them to join us) away from the Capital and went to "high ground" at Union Station to observe.

Even though they were very disappointed because they wanted to see the Capital since they had never been to DC or seen the Capital I insisted that we stay away because of my observations and intuition. After all this was "libtard" country and TDS residents including most police and security... "enemies of the people and the Constitution" conditioned and controlled by Main Stream Media narrative.

Sure enough it wasn't long before we were getting the MSM news of "insurrectionists attacking the Capital" and so forth. We saw no fires, heard no shots or explosions and as far as we could see the people were very peaceful, joyful, kind and courteous, except a few here and there yelling and telling people to attack the Capital. Not one person reacted and went along with this, in fact they all pulled back and were looking at them like they were crazy. I recognized them as in-field-trators trying to incite what was not there. Because I was in the military and did security I also recognized several of these angriest as Antifa, BLM and a few "agents" sprinkled in. It is almost impossible to hide in plain sight when one has been trained by any military. There are subtle but apparent movements and body language and ways of looking etc. that is like Rudolf's red nose to any other who has been in the military, which confirmed my suspicions.

We then spent several hours at the station upon which I began to inquire and ask questions to over fifty people to get an idea of the extent of the in-field-tration, strategies used, actual participants etc. in case I was called as a witness (it's my nature to be inquisitive) and to see when it was safe to walk to the car.

During our time there perhaps early on... I am not clear as to when, we were down by Massachusetts ave. and 4th St. NW where I lived for a few years, we saw a police escort of Antifa down the avenue which made my blood boil considering they were determined to be "a terrorist organization" at that time.

Within minutes of them passing by my eyes were drawn to a tall skinny white young man running in absolute terror across the street. I immediately ran across to assist and ended up halting his pursuers who were a group of about 5. Three "black men and one "black" woman and one of unknown ethnicity brown skin short and stocky with a round metal 8" sharpened point weapon in his right hand. I quickly was surrounded by

these evil and vile beings who clearly wanted to have their "fun" by attacking and stabbing innocent people. I also suspect they were extreme racists, which is really an excuse for self loathing and complete lack of integrity or desire to do better so they blame anyone but themselves, mindset. I had property years before at 17th place N.E. when it was really bad and I knew these kinds of people and hired many from that area who shared "what was what" with me.

It was a common occurrence to be accosted by small gangs like this when I lived there while renovating my properties. Drug dealing and shootings and all sorts of nonsense went on all the time back then so I got to know the environment and the people very well. One hint of fear and you were dead or seriously wounded. I had a "rep" in that area as "crazy man" because I stood up to them and never backed down. I even hired several and proud to say that they are all alive beating the odds of only 60% survival.

I'm also proud of them for using the opportunity to change. I took them out of their element and showed them a whole other world they had never seen. Most had never been out of the city and only knew what they had been told. Many miracles were had during that time including a bullet just falling out of the gun instead of putting a hole in me. I give all credit to my Creator, Heavenly Father and Christ for saving me in many ways and protecting me all the time. I don't "tell stories" I have experiences to tell of.

Later that day I was separated from my group and we missed each other at the rendezvous point, Trump Hotel, old Post Office. In my attempt to find the car I got lost several times but ended up being in the right place at the right time to escort several individual women who had no clue and were in danger, to safety or a place of refuge, which caused me to get turned around again and again. I could not help noticing several vans full of uniformed men many of which did not look like DC police and could not speak English. They were mean and aggressive even more than the normal for DC and there was definite evil intent so I moved on to find assistance and safety for these innocent women from out of state who had no clue.

I also noticed several small groups of Antifa that were lurking with malicious intent looking for victims. As the darkness came so did these Rats. I could hear screams and other noises of battery and these uniformed and even actual DC police had no compunction to inquire or assist.

I mention all this because it confirms my original suspicions that there was some if not several conspiracies afoot to cause harm to people naive enough to come to the Capital alone or vulnerable, and makes me a knowledgeable witness and thus more verifiable and believable than most.

Thus this is not "theory" but conspiracy facts which needs investigating.

The fact that there has been no investigation and in fact strong resistance and even attacks on those who were there is a clear indication that they know of it and may be part of it or accessories after the fact at the least. The continuous targeting and law-fair and criminal attacks and kidnapping, human trafficking across state lines and kept in gulag conditions without due process and dieseling to various jails to hid and torture innocent unarmed people who had never even been to DC is prima facia evidence of collusion and active participation by every imposer in positions of public trust obligated and duty bound to secure these rights of the people, visiting what they used to believe was their Capital, where their Representatives (agents) were representing their best interests.

To this day I avoid DC entirely due to the criminal targeting of anyone identified or self identifying as "conservative", "Make America Great Again" movement, supporter of the law, law enforcement, Trump, rights, Constitution, Freedoms, even pro life or any label that might be detrimental to ones health.

The kidnapping under color of law, lack of due process, torture, murder, denial of speedy trial, denial of the assistance of counsel, etc for over three years evidences that the plot is and has been in play for a long time. Now, the narrative is that anyone at or near the Capital that day is an "insurrectionist" even though not one has been charged with "insurrection", more evidence of sedition and in my opinion is by definition working against the laws, the Constitution and the "principles" this and "any form of Government" is founded upon, thus "giving aid and comfort to the enemy".

Myself and many others are denied our rights continuaously as a direct result of the failure of persons in positions of public trust who are duty bound and obligated to secure these rights and provide for our Safety and Happiness, including but not limited to the "President" at that time "Donald John Trump" who "*shall take Care that the Laws be faithfully executed*". (see "Memorandum of controlling principles and Law In Support Of Complaint, 42 US Code 1983 Suit")

To the best of my knowledge, Understanding, experiences and belief, the undersigned states and affirms the statements made herein, which are my own and without any influence, are true and correct.

Signed by;_____

Colin Derek, Moncrieff-Yeates
passmctnow@gmail.com
202-809-7593

Myself and many others are denied our rights continuaously as a direct result of the failure of persons in positions of public trust who are duty bound and obligated to secure these rights and provide for our Safety and Happiness, including but not limited to the "President" at that time "Donald John Trump" who "***shall take Care that the Laws be faithfully executed***". (see "Memorandum of controlling principles and Law In Support Of Complaint, 42 US Code 1983 Suit")

To the best of my knowledge, Understanding, experiences and belief, the undersigned states and affirms the statements made herein, which are my own and without any influence, are true and correct.

Signed by;

Colin Derek, Moncrieff-Yeates
passmctnow@gmail.com
202-809-7593

## <u>Notice of Intent to Sue and Opportunity to Negotiate Settlement</u>

Petitioner will be acting as one of the people and by inference "Representing" the people or person(s) entitled to "the equal protection of the laws." (Cooper v Aaron)

The claim amounts to "Deprivation of Rights". Due to improper activities, "outside the outer rim of the bounds" of the Office of President, or failure to perform in the "Position of Public Trust" ("commander in chief") requires, injuries were caused and are continuing, which require Remedy.

One hour may be sufficient, but further negotiations may require more time.

Due to the sensitive nature of the issues involved and the corrupted environment of the Judiciary, discretion compels a secure atmosphere to facilitate negotiations so that each may speak freely without possibilities of misrepresentations by eavesdropping propagandists. "Man to Man" is always best. Only those trustworthy may be present and must have actual immunity for remaining silent, unless agreed otherwise.

This Notice and Opportunity to Cure must be replied to upon receipt. After Receipt of this Notice *thirty days* is more than sufficient to respond in some affirmative manner. Failure to do so will trigger the necessity to proceed with public documents sufficient to win a claim by "due process of law, and in accordance with the Constitution." (See Hale v Henkel pg.74 begin at "The individual...")

Blessings;

Signed:

Colin Derek Moncrieff-Yeates

202 809-7593    24/7

MCTnow@proton.me

**VERIFICATION ON OATH OR AFFIRMATION**

State of _Maryland_

County of _Montgomery_ } ss.

Subscribed and sworn to (or affirmed) before me

this _4th_ day of _February_, _2025_ by
    Day        Month        Year

_Colin D Moncrieff-Yeates_
Name of Signer No. 1

_____
Name of Signer No. 2 (if any)

```
ANDREW P WEIGLY
Notary Public - State of Maryland
Montgomery County
My Commission Expires Oct 19, 2027
```

_Andrew Weigly_
Signature of Notary Public
Notary Public
My Commission Expires Oct 19, 2027

*Place Notary Seal/Stamp Above*
                        *Any Other Required Information*
                        *(Residence, Expiration Date, etc.)*

---
OPTIONAL
---

*Completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit in Support for 42 USC 1983 Suit "Deprivation of Rights."_

Document Date: _2/4/25_ _____ Number of Pages: _7_

Signer(s) Other Than Named Above: _____

©2020 National Notary Association

DC Superior Court

# In the "Superior Court of the District of Columbia"

---

Man with given name "Colin Derek", as
one of "We the People" Grantors,
Beneficiaries Primary Trustees and
Secured Party being deprived/

    "Plaintiff"/Presentor and "Claimant"

        vs.

Donald J. Trump as Commander In Chief
for The UNITED STATES,
John and Jane Doe 1-1,000

        "Defendants"

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _2025-CAB-000658_

Memorandum of Controlling
principles and Law
in Support of Complaint

42 USC 1983 Suit
"Deprivation of Rights"

---

      Comes now, man with the given name "Colin Derek" from the
"Moncrieff -Yeates" family, as one of "We The People", natural born,
entitled to all rights, privileges and immunities and the protections thereof
including, as a "citizen", hereinafter "Plaintiff"/Presentor and "Claimant",
with this "Memorandum of controlling principles and Law In Support Of
Complaint, 42 US Code 1983 Suit "Deprivation of Rights"" for damages
caused by the original and ongoing deprivations of rights, security and
protections by The United States, its officers, agents and employees
including but not limited to Donald John [J.] Trump.

Scanned Copy

DC Superior Court

# In the "Superior Court of the District of Columbia"

| | | |
|---|---|---|
| Man with given name "Colin Derek", as one of "We the People" Grantors, Beneficiaries Primary Trustees and Secured Party being deprived/ | ) ) ) ) ) | Case No. 2025-CAB-000158 |
| "Plaintiff"/Presentor and "Claimant" | ) ) | Memorandum of Controlling principles and Law in Support of Complaint |
| vs. | ) ) | |
| Donald J. Trump as Commander In Chief for The UNITED STATES, John and Jane Doe 1-1,000 | ) ) ) ) | 42 USC 1983 Suit "Deprivation of Rights" |
| "Defendants" | ) ) | |

Comes now, man with the given name "Colin Derek" from the "Moncrieff -Yeates" family, as one of "We The People", natural born, entitled to all rights, privileges and immunities and the protections thereof including, as a "citizen", hereinafter "Plaintiff"/Presentor and "Claimant", with this "Memorandum of controlling principles and Law In Support Of Complaint, 42 US Code 1983 Suit "Deprivation of Rights"" for damages caused by the original and ongoing deprivations of rights, security and protections by The United States, its officers, agents and employees including but not limited to Donald John [J.] Trump.

## Principals and Law Relied Upon In Support of

## "Plaintiff's"/Presentor and "Claimant's" Assertions.

## FACTS

### *The unanimous Declaration of the thirteen united States of America,*

is the perpetual, irrevocable, express trust, from which "*any form of Government*" derives its "*just powers*", is subject thereto and all those holding any position of public trust are "*bound thereby*". They are **"duty"** **"bound"** by sworn "*oath or affirmation*" to be "governed"; Fiduciary "*bound*" by **obligation** since they have accepted payment to perform in accordance with the "*principals*" clearly expressed by its founding document/charter and the laws instituted to insure performance. They are **morally** "*bound*" to be thy brothers keeper; **selfishly** "*bound*" so that when they need the protections of their neighbor, there will be a neighbor willing and able to secure their rights too. **Spiritually** "*bound*" because this is "*One Nation Under God*" and it's a good idea to stay on *Creator*'s good side by looking out for his children, especially while holding any "*position of public trust*".

**1.** "*...that whenever any Form of Government becomes destructive of these ends, it is the **Right of the People** to alter or **abolish** it, and to institute new Government, laying its foundations on such **principles** and organizing its powers in such form, as to them shall seem most likely **to effect their Safety and Happiness.**"*

**2.** The purpose and "*principles*" of this perpetual, irrevocable, express, trust is clearly 'expressed' by: "*– That to secure these rights governments are instituted among Men...*", **clearly not over men as no man has authority over another, to grant!**

"*deriving their just powers from the consent of the governed.*" is continuously misconstrued or "interpreted" to make a giant step towards enslaving the people, but it is clearly improper for the following reasons.

Those who would lean towards imposing their will under color of law will profess that the people "consent" to being "governed" yet there is no record of any "informed consent" available and it is in complete opposition to the whole purpose of the Revolution, the creation of this "*Republic*" and the clear mission statements "*That to secure these Rights, Governments are instituted*" and "*to effect their Safety and happiness.*". It is also disguised in the "social compact" mantra, which is also without merit and needs to be addressed to eliminate that false presumption.

"*deriving their just powers from the consent of the governed.*" So something is being "derived", In exchange for what? The thing derived is "*just powers*". Just and true, and "*just*" enough to perform their **duties** and obligations under their contract for which they are on a payroll (as apposed to "*receive for their Services a Compensation*" ("*Article. III. Section. 1.*"). The President is not granted the "*powers*" that a Judge,  Senator or Congressman is granted and a Senator is without the same powers as a President and no Judge is empowered to legislate or summons a military force, nor is there any provision for any "interpreting" of the laws as most BAR members will profess. So clearly these "*just powers*" are specific, limited and "*governed*".

Since all powers come from the people, the people must all have that power to grant. Thus the ones who volunteer to serve in a position of public trust have their inherent powers limited by the position. Since they can not be forced to serve they must "consent" to being "governed" in order to serve.

The Constitution says it best "*and the judges in every **state shall be bound thereby***" ("*Article. VI.*). Thus clearly there is a "binding" restraint upon those in positions of public trust and they 'derive' those certain limited "*powers*" for the purposes specifically designated "*to secure these Rights*" and "*to effect their Safety and Happiness*". Anything else is without authority from the people and remember "that which is not expressly included is expressly excluded" or as "*Article. X.*" states "*The powers not delegated to the United States by the Constitution*", so if it is not specified in the Constitution then there is no authority and no authorized "power" to engage in such activities. It is without law, contract or authority.

Further, one cannot put or infer something that is not there. If it was meant to state 'deriving their just powers from the consent of the governed people' or 'from the consent of the people being governed' it would be written, it is not. Since the whole purpose of government being "*instituted among Men*" is "*to secure these Rights*" it is nonsensical and in complete opposition of "*these principles*" to say or impose, that the people are to be governed in order to "***secure***" their right to be "self governing".

Thus, it is self evident that ***people*** create/"institute" various "*Form[s] of Government*" for the express purpose "*to secure these Rights*" and anyone in any position of public trust must use those powers in such manner that does "*Secure these Rights*" and "*effect* (cause) *their Safety and Happiness.*"

**3**. Further, "*But when a long train of **abuses** and **usurpations**, pursuing invariably the same Object evinces a design **to reduce them** under absolute Despotism, it is **their right**, it is **their duty, to throw off** such Government, and to **provide new Guards for their future security.**"*

Making it abundantly clear that "governments" are subject to the people!

## *"The Constitution for the united States of America"* and *"The Constitution of the United States"*

For those sharp individuals that see *"The Constitution for the united States of America"* is used as the corporate charter of the "United States" and titled *"The Constitution of the United States"*. The primary difference is that the *"United States"* and its *"Constitution"* is a mere corporation and thus it regulates and obligates by contract those in positions of public trust, to its provisions and always in accord with the *"principles"* clearly expressed by the people instituting this *"Form of Government"* by writing, *"laying its foundation upon such **principles** and organizing its powers in such form as to them shall seem **most likely to effect** their **Safety and Happiness**."*

**1.** "Article. VI." of *"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, **under the Authority of the United States**, shall be the supreme Law of the Land; and **the Judges in every State shall be bound thereby**, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."*.

Nowhere is it written that people are "bound" or "subject to" and it is nonsensical to think that *"the Authority of the United States"* granted by the people would include the power to govern, impose, legislate, enslave, regulate, mandate or diminish *"chill"* rights it was instituted *"to secure"*

**2.** *Article. II. "Section. 1. The executive Power shall be vested in a President of the United States of America.*

*Section. 2. The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in*

*writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices,"*

*"Section. 3. ...**he shall take Care that the Laws be faithfully executed**,"*

**3.** *"Article. IV." "Section. 2. The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States."*

*"Section. 4. The United States shall guarantee to **every** State in this Union a **Republican** Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), **against domestic Violence**."*

**4.** *"Article. VI." "**This Constitution**, and the **Laws** of the United States which shall be made in **Pursuance thereof**; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; **and the Judges in every State shall be bound thereby**, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.*

*The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all **executive** and **judicial Officers**, both of the United States and of the several States, **shall be bound by Oath or Affirmation, to support this Constitution**;"* (bolds added)

It is impossible to *"support"* something if you don't know, understand and believe in it. (legislation is needed to insure they Know, Understand and Believe in the *"principles"* and purpose for the position existing, perhaps something like "Mandatory Competency Testing (MCT). After all not too many people would let a mechanic work on their brakes who doesn't know the difference between "brake shoes" and "brake pads" and mechanics have no required "oath of office").

## "*Bill of Rights*"

A "*Bill*" due and owing to the people. Duty and obligation of every

"*position of public trust*"

"*The conventions of a number of the States having at the time of their adopting the Constitution, expressed a desire,*

*in order* **to prevent misconstruction or abuse of its powers***, that further declaratory and* **restrictive** *clauses should be added.*"

## 1. Article I of the Bill of Rights

"*Congress shall make no law respecting an establishment of religion, or prohibiting the* **free exercise thereof***; or abridging the freedom of speech, or of the press; or the* **right of the people** *peaceably to assemble,* **and** *to petition the Government for a redress of grievances.*"

## 2. Article II of the Bill of Rights

"*the right of the people to keep and bear Arms,* **shall not be infringed***.*"

## 3. Article IV of the Bill of Rights

"*The right of the people to be secure in their* **persons***, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.*"

## 4. Article V of the Bill of Rights

"*nor shall be compelled in any criminal case to be a witness against himself,* **nor be deprived of life, liberty, or property***, without due process of law;*"

**5.** Article VI of the Bill of Rights

"*In all criminal prosecutions, the accused shall enjoy the right to a **speedy and public trial, by an impartial jury** of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and **to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.***"

　　Notice it is NOT written 'Attorney', 'Lawyer' or 'BAR member', nor 'licensed', member of nor 'represent', 'represented', nor any of the nonsense of subjugation and "*despotism*" engaged in today, but the "*right*" "*to have the Assistance of Counsel*". Thus the right to "*Assistance*" and "*Counsel*" are absolute and "*shall enjoy the right to...*"

**6.** Article VII of the Bill of Rights

"*In Suits at common law, where the value in controversy shall exceed twenty dollars, **the right of trial by jury** shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the **rules** of the **common law**.*"

**7.** Article VIII of the Bill of Rights

"*Excessive bail shall not be required, nor excessive fines imposed, nor **cruel** and **unusual punishments inflicted**.*" Clearly at a minimum, this applies to those who have not had "*speedy and public trial, by an impartial jury*" and I might add a 'competent jury'.

**8.** Article. IX. of the Bill of Rights

"*The enumeration in the Constitution, of certain rights, **shall not** be construed to **deny or disparage** others retained by the people.*"

**9.** Article. X. of the Bill of Rights

"*The **powers not delegated to the United States** by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or **to the people**.*"

# Constitutional Amendments

**10.** "*Amendment. XIII.*" (though there is evidence of an "original" or true 13th Amendment which prohibited any title of nobility like "your honor" or title that bestows special powers or privileges like "attorney", "Lawyer" and result in loss of "citizenship", but I think *Article. 1. Section. 9. and Section. 10.* Cover it sufficiently)

"*Section. 1. Neither slavery nor **involuntary servitude**, except as a punishment for crime whereof the party **shall have been duly convicted**, shall exist within the United States, or any place subject to their jurisdiction.*"

**11.** "Amendment. XIV."

"*Section. 1. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, **without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws**.*"

Clearly indicating the laws are to protect the people and their rights based on the "principles" expressed by its Founding Trust Document.

"*That whenever any Form of Government becomes destructive of these ends, it is the **Right of the People** to alter or to **abolish it**, and **to institute new Government**, laying its foundation on such principles...*". If there was any doubt as to who the 'institutors', 'grantors', 'trustors' of "*any Form of Government*" are, it is clear that it is "***the people***" with the "*Right*" power and authority "*to abolish it, and to institute new Government*".

Further, "*...evinces a design to reduce them under absolute Despotism, it is their right, it is their **duty, to throw off** such Government, and **to provide new Guards for their future security**.*"

# United States law.

**1.** "42 U.S. Code § 1983 - *Civil action for deprivation of rights*"

"*Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the **District of Columbia**, **subjects, or causes to be subjected**, any citizen of the United States or other person within the jurisdiction thereof to the **deprivation of any rights, privileges, or immunities** secured by the Constitution and **laws, shall be liable to the party injured** in an action at law, suit in equity, or other proper proceeding for redress, ... For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.*"

**2.** "42 U.S. Code § 1985 - *Conspiracy to interfere with civil rights*"

"*(1) PREVENTING OFFICER FROM PERFORMING DUTIES*

*If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as **an officer** are **required to be performed,** or to injure him in **his person** or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;*

*(2) OBSTRUCTING JUSTICE; INTIMIDATING PARTY, WITNESS, OR JUROR*

*If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, **freely, fully**, and **truthfully**, or to injure such party or witness in*

*his person or property on account of his having so attended or testified, or to **influence the verdict, presentment, or indictment** of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of **impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws**, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;*

*(3) DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES*

*If two or more persons in any State or Territory **conspire** or go **in disguise** on the highway or **on the premises of another**, for the purpose of **depriving**, either **directly** or **indirectly**, any person or class of persons of the **equal protection of the laws**, or of equal privileges and **immunities** under the laws; or for the purpose of **preventing** or **hindering** the constituted authorities of any State or Territory from **giving** or **securing to all persons** within such State or Territory the **equal protection of the laws**; or if two or more persons conspire **to prevent by force, intimidation, or threat**, any citizen who is **lawfully entitled** to **vote**, from giving his support or advocacy in a legal manner, toward or in favor of the election of any **lawfully qualified** person as an elector for President or Vice President, or as a Member of Congress of the United States; or to **injure** any citizen in **person or property** on account of such **support or advocacy**; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or **cause to be done**, any act **in furtherance** of the object of such conspiracy, whereby another is **injured in his person or property, or deprived of having and exercising any right or privilege** of a citizen of the United States, the party so **injured or deprived** may have an action for the recovery of damages occasioned by such **injury or deprivation**, against **any one or more of the conspirators."***

**3.** "42 U.S. Code § 1986 - *Action for neglect to prevent*"

"*Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.*"

**4.** "42 U.S. Code § 1987 - *Prosecution of violation of certain laws*"

"*The United States attorneys, marshals, and deputy marshals, the United States magistrate judges appointed by the district and territorial courts, with power to arrest, imprison, or bail offenders, and every other officer who is especially empowered by the President, are authorized and required, at the expense of the United States, to institute prosecutions against all persons violating any of the provisions of section 1990 of this title or of sections 5506 to 5516 and 5518 to 5532 of the Revised Statutes, and to cause such persons to be arrested, and imprisoned or bailed, for trial before the court of the United States or the territorial court having cognizance of the offense.*

*(R.S. § 1982; Mar. 3, 1911, ch. 231, § 291, 36 Stat. 1167; June 25, 1948, ch. 646, § 1, 62 Stat. 909; Pub. L. 90–578, title IV, § 402(b)(2), Oct. 17, 1968, 82 Stat. 1118; Pub. L. 101–650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117.)*"

**5.** "18 U.S. Code § 241 - *Conspiracy against rights*"

"*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the **free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States**, or because of his **having so exercised** the same: or*

*If two or more persons go in **disguise** on the highway, or **on the premises** of another, with intent to **prevent or hinder his free exercise or enjoyment of any right or privilege** so secured—*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include **kidnapping** or an **attempt to kidnap**, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an **attempt** to kill, they shall be fined under this title or imprisoned for any **term of years** or **for life, or both**, or may be **sentenced to death**.*"

**6.** "18 U.S. Code 242"   "*Whoever, under color of any law, statute, ordinance, regulation, or custom, **willfully subjects** any person in any State, Territory, Commonwealth, Possession, or **District** to **the deprivation of any rights, privileges, or immunities** secured or protected by the Constitution or laws of the United States, or to **different punishments, pains, or penalties**, on account of such person being an alien, or by reason of his color, **or race**, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include **kidnapping** or an **attempt to kidnap**, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an **attempt to kill**, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.*"

# <u>United States Supreme Court Opinions</u>

**1.**     "Hale v. Henkel, 201 U.S. 43 (1906)"

**\* pg. 74** *"The individual may stand upon his constitutional rights* **as a citizen**. *He is* **entitled** *to carry on his private business* **in his own way. His** *power to contract is* **unlimited**. *He owes* **no duty to the State** *or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to criminate him. He* **owes no such duty to the State**, *since he receives nothing therefrom beyond the* **protection of his life and property**. **His rights are such as existed by the law of the land long antecedent to the** *organization of the State, and can only be taken from him by* **due process of law, and in accordance with the Constitution**. *Among his rights are a refusal to incriminate himself and* **the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing** *to* **the public so long as he does not trespass upon their rights."**

**\* p.78** *"a corporation -- "an artificial being, invisible, intangible, and existing* **only in contemplation of law"** *-- cannot claim the immunity given by the Fourth Amendment,* **for it is not a part of the "people,"** *within the meaning of that Amendment. Nor is it embraced by the word "persons" in the Amendment."*

**\* p.88** *"It may be that it [the proceeding in question] is the obnoxious thing in its mildest and least repulsive form, but illegitimate and unconstitutional practices get their first footing in that way -- namely, by silent approaches and slight deviations from legal modes of procedure. This can only be obviated by adhering to the rule that constitutional provisions for the* **security of person and property should be liberally construed**. *A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is* **the duty of courts to be watchful for the constitutional rights of the citizens, and against any stealthy encroachments thereon. Their motto should be obsta principiis.** *" (nip it in the bud)*

## 2.     "Cooper v. Aaron, 8 U.S. 1 (1958)"

**\* Page 358 U. S. 3** "*9. No state legislator or executive or judicial officer can war against the Constitution without violating his solemn oath to support it. P. 358 U. S. 18*

*10. State support of segregated schools through any arrangement, management, funds or property cannot be squared with* **the command of the Fourteenth Amendment that no State shall deny to any person** *within its jurisdiction* **the equal protection of the laws.** *P. 358 U. S. 19.***"**

**\* Page 358 U. S. 16** "*Desirable as this is, and important as is the preservation of the public peace, this aim cannot be accomplished by laws or ordinances which deny rights created or protected by the federal Constitution.*
*Buchanan v. Warley, 245 U. S. 60, 245 U. S. 81. Thus, law and order are not here to be preserved by depriving the Negro children of their constitutional rights.*"

**\*** "***The controlling legal principles are plain. The command of the Fourteenth Amendment is that no "State" shall deny to any person within its jurisdiction the equal protection of the laws.***"

"*A State acts by its legislative, its executive, or its judicial authorities.* (Not by a private members only group, superseding the people and their Laws) *It can act in no Page 358 U. S. 17 other way. The constitutional provision, therefore, must mean that no agency of the State, or of the officers or agents by whom its powers are exerted, shall deny to any person within its jurisdiction* **the equal protection of the laws.** *Whoever, by virtue of* **public position** *under a State government, . . .* **denies or takes away the equal protection of the laws violates the constitutional inhibition;** *and,* **as he acts in the name and for the State, and is clothed with the State's power, his act is that of the State.**"

\* *"Ex parte Virginia, 100 U. S. 339, 100 U. S. 347.* **Thus, the prohibitions of the Fourteenth Amendment extend to all action of the State denying equal protection of the laws; whatever the agency of the State taking the action,** *see Virginia v. Rives, 100 U. S. 313; Pennsylvania v. Board of Directors of City Trusts of Philadelphia, 353 U. S. 230; Shelley v. Kraemer, 334 U. S. 1;* **or whatever the guise in which it is taken,** *see Derrington v. Plummer, 240 F.2d 922; Department of Conservation and Development v. Tate, 231 F.2d 615. In short, the constitutional rights of children not to be discriminated against in school admission on grounds of race or color declared by this Court in the Brown case* **can neither be nullified openly and directly by state legislators or state executive or judicial officers nor nullified indirectly by them through evasive schemes for segregation whether attempted "ingeniously or ingenuously."** *Smith v. Texas, 311 U. S. 128, 311 U. S. 132."*

\* *"It follows that the interpretation of the Fourteenth Amendment enunciated by this Court in the Brown case is the supreme law of the land, and Art. VI of the Constitution makes it of binding effect on the States "any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." Every state legislator and executive and judicial officer is solemnly committed by oath taken pursuant to Art. VI, cl. 3 "to support this Constitution." Chief Justice Taney, speaking for a unanimous Court in 1859, said that this requirement reflected the framers'*
*"anxiety to preserve it [the Constitution] in full force, in all its powers, and to guard against resistance to or evasion of its authority, on the part of a State. . . ."*
*Ableman v. Booth, 21 How. 506, 62 U. S. 524.*
*No state legislator or executive or judicial officer can war against the Constitution without* **violating his undertaking to support it."**

\* *"...***but it is equally true that such responsibilities, like all other state activity, must be exercised consistently with federal constitutional**

*requirements as they apply to state action. The Constitution created a government dedicated to equal justice under law."*

**\*** *"The principles announced in that decision and the obedience of the States to them, according to the command of the Constitution, Page 358 U. S. 20 are indispensable for the protection of the freedoms guaranteed by our fundamental charter for all of us. Our constitutional ideal of equal justice under law is thus made a living truth."* (emphasis added)

## CONCLUSION

Anyone holding a position of public trust who "becomes destructive" of "To secure these Rights" and "effect their (we the people) Safety and Happiness" or fails to use the limited and "just powers" for that express purpose is violating their fiduciary obligation and oath of office. By default they are embezzling the position (making use of the position in a manner not intended) and may rise to the level of "giving aid and comfort to the enemy" and is liable for harm done as a result.

To the best of my knowledge, understanding and belief, the contents herein are true and correct without malicious intent or desire to harass, and all quotes are from Government websites or certified copies thereof. All **bold** are added for emphasis.

Signed by:_____

Colin Derek, Moncrieff-Yeates
passmetnow@gmail.com
202-809-7593

*requirements as they apply to state action. The Constitution created a government dedicated to equal justice under law."*

*\* "The principles announced in that decision and the obedience of the States to them, according to the command of the Constitution, Page 358 U. S. 20 are indispensable for the protection of the freedoms guaranteed by our fundamental charter for all of us. Our constitutional ideal of equal justice under law is thus made a living truth." (emphasis added)*

## CONCLUSION

Anyone holding a position of public trust who "becomes destructive" of "To secure these Rights" and "effect their (we the people) Safety and Happiness" or fails to use the limited and "just powers" for that express purpose is violating their fiduciary obligation and oath of office. By default they are embezzling the position (making use of the position in a manner not intended) and may rise to the level of "giving aid and comfort to the enemy" and is liable for harm done as a result.

To the best of my knowledge, understanding and belief, the contents herein are true and correct without malicious intent or desire to harass, and all quotes are from Government websites or certified copies thereof. All bold are added for emphasis.

Signed by: _____

Colin Derek, Honoroff-Yeates

passuclnow@gmail.com

402-309-7598

## **CERTIFICATE OF SERVICE**

I hereby certify that on January __, 2025, I hand delivered emailed or mailed by USPS a true and correct copy of the foregoing document "Principals and Law Relied Upon In Support of "Plaintiff's"/Presentor and "Claimant's" Perspective" attached to "Complaint/Claims 42 USC 1983 Suit "Deprivation of Rights", to the Clerk of the Superior Court of the District of Columbia. Service of these documents upon named parties was done via USPS.

Signed by:_____

Colin Derek, Moncrieff-Yeates
passmctnow@gmail.com
202-809-7593

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 40, 2025, I (and delivered) emailed or mailed by USPS a true and correct copy of the foregoing document "Principals and Law Relied Upon In Support of "Plaintiff's"/Presentor and "Claimant's" Perspective" attached to "Complaint/Claims 42 USC 1983 Suit "Deprivation of Rights", to the Clerk of the Superior Court of the District of Columbia. Service of these documents upon named parties was done via USPS.

Signed by: 

Colin Derek, Moncrief Yeates

passmetnow@gmail.com

202-809-7593



UNITED STATES
POSTAL SERVICE ®

ASPEN HILL
14030 CONNECTICUT AVE
SILVER SPRING, MD 20906-9998
(800)275-8777

02/04/2025                                    03:36 PM

Product                    Qty    Unit    Price
                                   Price

Priority Mail®               1            $10.10
  Flat Rate Env
  Washington, DC 20500
  Flat Rate
  Expected Delivery Date
  Thu 02/06/2025
Insurance                                  $0.00
  Up to $100.00 included
Certified Mail®                            $4.85
  Tracking #:
  9589 0710 5270 2606 3420 93
Return Receipt                             $4.10
  Tracking #:
  9590 9402 4788 8344 4524 78
                                          $19.05

Total                                     $0.73

PurpleHeartMedal             1            $1.73

Grand Total:                             $19.78

Cash                                     $20.00
Change                                   -$0.22

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

or call 1-800-410-7420.

UFN#: 238480-0906
Receipt #: 840-52000218-6-1847153-2
Clerk: 30

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald John Trump
c/o 1600 Pennsylvania Ave. NW
Washington, D.C. 20500

9590 9402 4788 8344 4324 78

2. Article Number (Transfer from service label)
9589 0710 5270 2606 3420 93

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Signature Confirmation™
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4788 8344 4324 78

**United States Postal Service**

● Sender: Please print your name, address, and ZIP+4® in this box●

Colin Derek Moncrieff-Keates
c/o 3340 Hewitt Ave. #61
Silver Spring Md. 20906

**VERIFICATION ON OATH OR AFFIRMATION**

State of ___Maryland___

County of ___Montgomery___ } ss.

Subscribed and sworn to (or affirmed) before me

this _13th_ day of _March_ _2025_ by
　　　Day　　　　　　Month　　　　　Year

___Colin Moncrieff-Yeates___
Name of Signer No. 1

_____
Name of Signer No. 2 (if any)

```
ANDREW P WEIGLY
Notary Public - State of Maryland
Montgomery County
My Commission Expires Oct 19, 2027
```

_____
Signature of Notary Public
　　Notary Public
_My Commission Expires Oct. 19, 2027_

*Place Notary Seal/Stamp Above*

*Any Other Required Information*
*(Residence, Expiration Date, etc.)*

─────────── **OPTIONAL** ───────────

*Completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit of Service by Certified/Registered Mail_

Document Date: _NA March 2025_　　　Number of Pages: _1_

Signer(s) Other Than Named Above: _____

©2020 National Notary Association



Retail

U.S POSTAGE PAID
FCM LETTER
SILVER SPRING, MD 20906
MAR 13, 2025
**$5.58**
S2324K502663-30

20001

RDC 99

RECEIVED
CIVIL DIVISION
MAR 19 2025
Superior Court of the
District of Columbia

To Superior Court - District of Columbia
Civil Division - Attention Brian K
500 Indiana Avenue N.W. room 500
washington D.C. 20001



From: Colin Park, LLC #61
92 2340 Plum St room #61
Silver Spring,
Maryland 20906

CERTIFIED MAIL

7020 0640 0001 7752 0849



ReadyPost
Document Mailer

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. *2025 CAB 000658*

_Colin Moncrieff-Yeates_ vs _Donald J. Trump_
Plaintiff                              Defendant

## AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Colin Derek, Moncrieff-Yeates_ under oath do hereby state the following:

That my age and date of birth are as follows: _05/16/1956_

That the residential or business address is: _C/O 3340 Hewitt Ave #61 Silver Spring Md, 20906_

That a copy of the Initial Order, Complaint, and Summons was mailed by the affiant to the above named defendant _Donald J. Trump_ by registered/certified mail.

That the return receipt attached hereto was signed by _Stamped "MSOD mail operator"_ the defendant herein or _MSOD mail operations_ a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt shows the date of delivery as the _N/A_ day of _March_, 20_25_.

If return receipt does not purport to be signed by the parties named in the Summons, then state specific facts from which the Court's can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4 (c) (2) and 4 (c) (3).

**SPECIFIC FACTS:** _Green Card Returned, Received by March 3rd 2025 No Signature but a stamp "MSOD mail Operations"_

_See Attached Certificate_

_by Col Mcff. Jest_
Signature

Subscribed and sworn before me this _____ day of _____ 20___

_____
Notary/Deputy Clerk

**NOTE:  A separate Affidavit of Service is required for each named Defendant**

**COPY CERTIFICATION**

State of _Maryland_

County of _Montgomery_ } ss.

On this the _13th_ day of _March_ , _2025_ , I certify that the attached
     _Day_           _Month_       _Year_
or preceding document of _1_ pages is a true, exact, complete and unaltered copy of

_Certified Mail Domestic Return Receipt_

*Description of Original Document*

☐ presented to me by

_____,

*Original Document's Custodian on Above Date*

ANDREW P WEIGLY
Notary Public - State of Maryland
Montgomery County
My Commission Expires Oct 19, 2027

and that, to the best of my knowledge, the original
document is neither a public record nor a publicly
recordable instrument, certified copies of which
are available from an official source other than a
Notary Public.

– OR –

☑ an official notarial record in my possession.

_Adw Weigy_ , Notary Public

*Signature of Notary Public*

*Place Notary Seal/Stamp Above*

_Andrew Weigly_  My Commission Expires

*Notary's Name Printed/*
*Typed*

Appointment _Oct 19 2027_
*Expiration Date*

---

**——— OPTIONAL ———**

*Completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Further Description of Attached Document**

Address Where Original is Kept: _3340 Hewitt Ave # 106, Silver Spring, MD 20906_

Original Document Date: _No Date_

Signer(s) or Issuing Agency: _MSOD Mail Operations_

**Capacity Claimed by Custodian**

☑ Individual    ☐ Attorney    ☐ Trustee

☐ Corporate Officer — Title: _____

☐ University or School Officer — Title: _____

☐ Governmental Officer or Agent — Title: _____

☐ Business Proprietor or Manager

☐ Other: _____

Custodian Is Representing: _____

©2020 National Notary Association

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald John Trump
c/o 1600 Pennsylvania Ave. NW
Washington D.C. 20500

9590 9402 4788 8344 4324 78

2. Article Number (Transfer from service label)
9589 0710 5270 2606 3420 93

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

MSOD Mail Operations

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

See attached certificate

## AFFIDAVIT OF NON-SERVICE

| Case:<br>2025-CAB-000658 | Court:<br>IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA | County: | Job:<br>13536122 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MA WITH GIVEN NAME "COLIN DEREK" AS ONE OF "WE THE PEOPLE" GRANTORS, BENEFICIARY PRIMARY TRUSTEES, AND SECURED PARTY BEING DEPRIVED | | Defendant / Respondent:<br>DONALD J TRUMP AS COMMANDER IN CHIEF FOR THE UNITED STATES | |
| Received by:<br>Undisputed Legal | | For:<br>Louella Tham | |
| To be served upon:<br>DONALD JOHN TRUMP | | | |

I, NEIL BLANEY, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | DONALD JOHN TRUMP, 1600 PENNSYLVANIA AVENUE NORTHWEST, WASHINGTON, DC 20500 |
| Manner of Service: | Non-Service |
| Documents: | RECEIPT, CONFIDENTIAL INFORMATION FORM, Memorandum of Controlling principles and Law in Support of Complaint, , SUMMONS, INFORMATION SHEET, INITIAL ORDER, Complaint/Claims, EXHIBIT, AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL |

Additional Comments:
1) Unsuccessful Attempt: Jun 18, 2025, 10:32 am EDT at 1600 PENNSYLVANIA AVENUE NORTHWEST, WASHINGTON, DC 20500
Documents can only be delivered by appointment, according to the secret service at the gate.

2) Unsuccessful Attempt: Jun 18, 2025, 10:40 am EDT at 1600 PENNSYLVANIA AVENUE NORTHWEST, WASHINGTON, DC 20500
The number provided is not the appropriate contact for this job.(Switchboard: 202-456-1414)

Neil Blaney                                6/19/25

NEIL BLANEY                              Date

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
6/19/25                            1/1/27
Date                              Commission Expires

BRIAN B. RICKS
NOTARY PUBLIC
My Comm Exp.
Jun 1 2027

# AFFIDAVIT OF SERVICE BY MAIL

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA,                    CASE NO: 2025-CAB-000658

Plaintiff / Petitioner: MA WITH GIVEN NAME "COLIN DEREK" AS ONE OF "WE THE PEOPLE" GRANTORS, BENEFICIARIES PRIMARY TRUSTEES AND SECURED PARTY BEING DEPRIVED

vs.

Defendant / Respondent: DONALD J TRUMP AS COMMANDER IN CHIEF FOR THE UNITED STATES

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Jun 19, 2025 deponent enclosed a copy of the RECEIPT , CONFIDENTIAL INFORMATION FORM, Memorandum of Controlling principles and Law in Support of Complaint, , SUMMONS, INFORMATION SHEET, , INITIAL ORDER, Complaint/Claims, EXHIBIT , AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL in a postage-paid sealed wrapped properly addressed to DONALD JOHN TRUMP at 1600 PENNSYLVANIA AVENUE NORTHWEST, WASHINGTON, DC 20500, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked **"Personal and Confidential"**.

[ X ] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"

Sworn to me on the   6/19/25

_____                    _____
                                                                                   Nasim Dehghani

*Notary Public*
BRIAN B. RICCS
NOTARY PUBLIC
My Comm. Exp.
Jan 1, 2027
DISTRICT OF COLUMBIA

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER, 85TH FL, NEW YORK, NY 10007

Undisputed Legal Inc.
ONE WORLD TRADE CENTER 85TH FLOOR
NEW YORK, NY 10007

**INVOICE:** 13536122
Issued:   Jun 13, 2025

Louella Tham

3340 HEWITT AVENUE 61
SILVER SPRING, MD 20906

PAY TO:
Undisputed Legal Inc.
ONE WORLD TRADE CENTER 85TH FLOOR
NEW YORK, NY 10007

| Case: 2025-CAB-000658 | Plaintiff / Petitioner: | MA WITH GIVEN NAME "COLIN DEREK" AS ONE OF "WE THE PEOPLE" GRANTORS, BENEFICIERIES PRIMARY TRUSTEES AND SECURED PARTY BEING DEPRIVED |
|---|---|---|
| Job: 13536122 | Defendant / Respondent: | DONALD J TRUMP AS COMMANDER IN CHIEF FOR THE UNITED STATES |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| ROUTINE | DONALD JOHN TRUMP | $109.00 | 1 | $109.00 |
| PROCESSING FEE | | $3.27 | 1 | $3.27 |

| Payment | Description | Amount Paid |
|---|---|---|
| Jun 13, 2025 | | ($112.27) |

| | |
|---|---|
| Thanks for your business. Please pay the "Balance Due" upon receipt. | Total:   $112.27 |
| | Amount Paid:   ($112.27) |
| | **Balance Due:   $0.00** |

Undisputed Legal Inc. • ONE WORLD TRADE CENTER 85TH FLOOR, NEW YORK, NY 10007

Call: 212-203-8001 • Email: info@undisputedlegal.com • Visit: undisputedlegal.com

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION, CIVIL ACTIONS BRANCH
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

FILED
CIVIL DIVISION
SEP 18 2025
Superior Court of the
District of Columbia

Civil Action No.# 2025-CAB-000658

Colin Derek Moncrieff-Yeates
Plaintiff

Donald John Trump
Defendant

## AFFIDAVIT OF MAILING BY CERTIFIED/REGISTERED MAIL

I, man with given name "Colin Derek" of the "Moncrieff-Yeates" family/clan, under oath do hereby

state the following:

That my date of birth is May 16, 1956.

That I receive mail at: C/O 3340 Hewitt Ave. #61, Silver Spring, Maryland, [20906].

That a copy of the initial Order, Complaint, and Summons was mailed by affiant to:

Attorney General "Pam Bondi", by registered/certified mail To: "Attorney General Pam Bondi. U.S

Department of Justice, 950 Pennsylvania Ave. N.W., Washington D.C. 20530-001" on July 15, 2025.


I declare under penalty of perjury that the foregoing is true and correct. See attached copy of

CERTIFIED MAIL RECEIPT # 9589 0710 5270 2830 6917 38  and

UNITED STATES POSTAL SERVICE Receipt with TRACKING NUMBERS  9589 0710 5270 2830

6917 38 Dated 07/15/2025.


Signed: by Col Myfes

Date: Sept 18, 2025

See attached Certificate

**VERIFICATION ON OATH OR AFFIRMATION**

State of _Maryland_

County of _Montgomery_                }  ss.

Subscribed and sworn to (or affirmed) before me

this _18th_ day of _September_, _2025_, by
    Day         Month      Year

_Colin Derek Moncrieff-Yeates_
        Name of Signer No. 1

_____
        Name of Signer No. 2 (if any)

SIERRA M. TRAMMELL
Notary Public - State of Maryland
Prince George's County
My Commission Expires Dec 21, 2028

_SMTrammell_
Signature of Notary Public

_Notary Public_
_My Commission expires 12/21/2028_

Place Notary Seal/Stamp Above
        Any Other Required Information
        (Residence, Expiration Date, etc.)

---

— **OPTIONAL** —

*Completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit of Mailing By Certified/_
_Registered Mail_

Document Date: _07/15/2025_                Number of Pages: _One_

Signer(s) Other Than Named Above: _No other signers_

©2020 National Notary Association

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

📞 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  📞 Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
(Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.



# District of Columbia Courts
# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

The remote site locations are:




| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, S<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>hode Island Avenue, NE<br>ngton, DC 20018 |
|---|---|
| **Remote Site - 2**<br>Balance and Restorative Jus<br>Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>es Center<br>14th Street, NW, 2nd Floor<br>nunity Room<br>ington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Jus<br>Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>es Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**.  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☐ Assault Battery
- ☐ Conversion
- ☐ False Arrest Malicious Prosecution
- ☐ Libel Slander Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☐ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion/Application Regarding Arbitration Award
- ☑ Other - General Civil

- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti – SLAPP
- ☐ Consumer Protection Act
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

- ☐ **TRAFFIC ADJUDICATION APPEAL**
- ☐ **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

_____
Date

CV-496/February 2023



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
500 INDIANA AVENUE, NW, WASHINGTON, D.C. 20001
(202) 879-1010 | https://www.dccourts.gov

**CONFIDENTIAL INFORMATION FORM**
*(This form will be returned to the filer or destroyed immediately*
*after the information is entered into the Court's case management system)*

Case Caption: _____     Case No.: _____

| | Plaintiff/Petitioner | Defendant/Respondent |
|---|---|---|
| **Full Name**<br>(First, Middle, Last) | Colin Derek Moncrieff-Yeates | Donald John Trump as President<br>John and Jane Doe 1-1000 |
| **Date of Birth**<br>(Month, Day, Year) | 05-16-1956 | |
| **Telephone Number(s)** | Home: _____<br>Cell/Mobile: **202-809-7593**<br>Work: _____ | Home: _____<br>Cell/Mobile: _____<br>Work: _____ |
| **Email Address** | passmctnow@gmail.com | |
| **Ethnicity** | ☐ Hispanic, Latino/a, or Spanish<br>☑ Non-Hispanic | ☐ Hispanic, Latino/a, or Spanish<br>☐ Non-Hispanic |
| **Race**<br>*Select one or more* | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☑ White<br>☑ Other | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White<br>☐ Other |

Pursuant to Superior Court of the District of Columbia Administrative Order 15-14, a party filing a case in the Superior Court shall submit this form with any initial pleading except for a charging document. Any date of birth, social security number, or driver's license number provided on the Information Sheet shall be kept confidential, shall not be made part of any public record, and shall be used only for the Superior Court's internal business purposes. The Confidential Form shall not be retained in the case file and shall be shredded or otherwise destroyed within a reasonable time after the case is entered into the case management system. If any identifying information becomes available after the case has been initiated, the party must submit an updated Confidential Form.

Rev. January 11, 2021

|  | Plaintiff/Petitioner | Defendant/Respondent |
|---|---|---|
| **Police Department Identification Number (PDID)** | | |
| **Social Security Number or Taxpayer Identification Number** | | |
| **Date of Death** (if applicable) | | |
| **Are you a participant of the Address Confidentiality Program managed by the Office of Victim Services and Justice Grants?** | ☐ YES<br>☑ NO<br><br>Please attach a copy of your Authorization Card to this form. If submitting the confidential form electronically, please attach your Authorization Card via email. | |
| **Interpreter Needed?** | Interpreter needed for:<br><br>☐ Spanish<br>☐ Amharic<br>☐ ASL<br>☐ Other: _____<br><br>☑ No interpreter needed. | Interpreter needed for:<br><br>☐ Spanish<br>☐ Amharic<br>☐ ASL<br>☐ Other: _____<br><br>☑ No interpreter needed. |
| **ADA or Other Accommodation Needed?** | ☐ Assisted Listening Device<br>☐ Braille<br>☐ Communication Access Real-time Translation<br>☐ Court Comfort Dog<br>☐ Literacy Assistance<br>☐ Service Animal<br>☐ Visually Impaired-Large Print<br>☐ Wheelchair<br>☐ Other: _____ | ☐ Assisted Listening Device<br>☐ Braille<br>☐ Communication Access Real-time Translation<br>☐ Court Comfort Dog<br>☐ Literacy Assistance<br>☐ Service Animal<br>☐ Visually Impaired-Large Print<br>☐ Wheelchair<br>☐ Other: _____ |

Pursuant to Superior Court of the District of Columbia Administrative Order 15-14, a party filing a case in the Superior Court shall submit this form with an initial pleading except not a changing document. Any date of birth, social security number, or driver's license number provided on the Information Sheet shall be kept confidential, shall not be made part of any public record, and shall be used only for the Superior Court's internal business purposes. The Confidential Form shall not be retained in the case file and shall be shredded or otherwise destroyed within a reasonable time after the case is entered into the case management system. If any identifying information becomes available after the case has been initiated, the party must submit an updated Confidential Form

Rev. January 11, 2021

**DOMESTIC VIOLENCE CASES only**

Please indicate if any of the information below is **CONFIDENTIAL** from the defendant/respondent.

| | Plaintiff/Petitioner | Defendant/Respondent |
|---|---|---|
| **Address**<br><br>If your address is confidential from respondent, please give a substitute/safe address where the court can reach you | | |
| **Demographics** | Race: _____ Sex: _____<br>Height: _____ Weight: _____<br>Eye Color: _____ Hair Color: _____ | Race: _____ Sex: _____<br>Height: _____ Weight: _____<br>Eye Color: _____ Hair Color: _____ |
| **Driver's License Number**<br>**(Optional)** | | |
| **Place of Employment and Address (If applicable)** | | |
| **Additional Questions** | Did the police arrest the responent in this case? ☐ Yes ☐ No<br><br>When is the best time to serve the other party (*when are they there*)? _____ (am/pm)<br><br>List any other address to serve Respondent (*other than one previously listed*) _____<br><br>What is the best time to reach you (*when are you able to pick up a call*)? _____ (am/pm) | |

Pursuant to Superior Court of the District of Columbia Administrative Order 15-14, a party filing a case in the Superior Court shall submit this form with any initial pleading except for a charging document. Any date of birth, social security number, or driver's license number provided on the Information Sheet shall be kept confidential, shall not be made part of any public record, and shall be used only for the Superior Court's internal business purposes. The Confidential Form shall not be retained in the case file and shall be shredded or otherwise destroyed within a reasonable time after the case is entered into the case management system. If any identifying information becomes available after the case has been initiated, the party must submit an updated Confidential Form.

Rev. January 11, 2022

**FAMILY COURT CASES only**

| | Plaintiff/Petitioner | Defendant/Respondent |
|---|---|---|
| Driver's License Number | | |
| Child's Name | Name(s) of Child(ren):<br>_____<br>_____<br>_____<br>_____ | Name(s) of Child(ren):<br>_____<br>_____<br>_____<br>_____ |
| Other's Name and Relationship | Name: _____<br>Relationship: _____ | Name: _____<br>Relationship: _____ |
| Type of case you are filing | | |
| List other cases you have in this Court | Case Type: _____<br>Case Number: _____ | Case Type: _____<br>Case Number: _____ |
| List cases you have in another Court | Case Type: _____<br>Case Number: _____ | Case Type: _____<br>Case Number: _____ |
| Do you have an attorney? | ☐Yes ☐No<br>If "Yes," what is the attorney's name? _____ | ☐Yes ☐No<br>If "Yes," what is the attorney's name? _____ |

Pursuant to Superior Court of the District of Columbia Administrative Order 15-14, a party filing a case in the Superior Court shall submit this form with any initial pleading except for a charging document. Any date of birth, social security number, or driver's license number provided on the Information Sheet shall be kept confidential, shall not be made part of any public record, and shall be used only for the Superior Court's internal business purposes. The Confidential Form shall not be retained in the case file and shall be shredded or otherwise destroyed within a reasonable time after the case is entered into the case management system. If any identifying information becomes available after the case has been initiated, the party must submit an updated Confidential Form.

Rev. January 11, 2021

| | | |
|---|---|---|
| Are you afraid of the party that you are filing against? | ☑Yes   ☐No | ☐Yes   ☐No |
| Do you fear for your safety? | ☑Yes   ☐No | ☐Yes   ☐No |
| If you have children, do you fear for their safety? | ☐Yes   ☐No | ☐Yes   ☐No |
| Have you or your children been hurt, harmed or threatened to be hurt or harmed by the other party? | ☑Yes   ☐No | ☐Yes   ☐No |

Pursuant to Superior Court of the District of Columbia Administrative Order 15-14, a party filing a case in the Superior Court shall submit this form with any initial pleading except for a claim for domestic. Any date of birth, social security number, or driver's license number provided on the Information Sheet shall be kept confidential, shall not be made part of any public record, and shall be used only for the Superior Court's internal business purposes. The Confidential Form shall not be retained in the case file and shall be shredded or otherwise destroyed within a reasonable time after the case is entered into the case management system. If any identifying information becomes available after the case has been initiated, the party must submit an updated Confidential Form.

Rev January 11, 2021



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2025-CAB-000658

**Case Style:** Colin Derek Moncrieff-Yeates v. Donald J Trump

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 05/16/2025 | 9:30 AM | Remote Courtroom 415 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Julie H Becker. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Milton C. Lee, Jr.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb415

   Meeting ID: 129 314 3475

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.

2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.

3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.



www.usps.com
07/15/2025                              05:01 PM

TRACKING NUMBERS
9589 0710 5270 2830 6917 38

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $5.04 |

Large Envelope
    Washington, DC 20530
    Weight: 0 lb 12.40 oz
    Estimated Delivery Date
    Fri 07/18/2025
    Certified Mail®                    $5.30
        Tracking #:
        9589 0710 5270 2830 6917 38
Total                                 $10.34

| Mailer 10.5 x 16 | 2 | $1.69 | $3.38 |

Grand Total:                          $13.72

Debit Card Remit                      $13.72
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX5683
    Approval #: 070317
    Transaction #: 877
    Receipt #: 016518
    Debit Card Purchase: $13.72
    AID: A0000000042203        Chip
    AL: US Debit
    PIN: Verified

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at



*Second address*
*Just in Case*



www.usps.com

07/18/2025

TRACKING NUMBER:
9589 0710 5270 2834 0217 15

TRACK STATUS OF YOUR SHIPMENT
(Up To 25 Times)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS).
Standard message and data rates may apply.

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available.

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail | 1 | | |
| Large Envelope | | | |
| Washington, DC 20001 | | | |
| Weight: 0 lb 12.20 oz | | | |
| Estimated Delivery Date | | | |
| Mon 07/21/2025 | | | |
| Certified Mail | | | |
| Tracking #: | | | |
| 9589 0710 5270 2834 0217 15 | | | |

Total

Grand Total.

Debit Card Remit
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX5643
    Approval #: 065978
    Transaction #: 920
    Receipt #: 010564
    Debit Card Purchase: $10.34
    AID: A0000000042203
    AL: US Debit
    PIN: Verified

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

Customer Service
1-800-ASK-USPS
Agents do not have any additional
information other than what is available on
USPS.com

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

Sept. 15, 2025

Jeanine Ferris Pirro (Private and Confidential)
Attorney for the District of Columbia, Jeanine Pirro,
U.S Attorney's Office for the District of Columbia,
601 D Street N.W. Washington D.C. 20579
Jeanine.Pirro@USDOJ.gov
(202) 252-7566
Email USAO-DC

To the Honorable Jeanine Perro
Attorney for the District of Columbia:

   Please find copies of : Receipt, Confidential Information Form, Memorandum of
Controlling Principles and Law in Support of Complaint, Summons, Information Sheet,
Initial Order, Complaint/Claims, Affidavit in Support, Exhibit, Affidavit of Service by
certified/registered mail of this case filed, to fulfill the DC rules to serve the DC
Attorney whenever serving an officer of the United States (even in his "private
capacity").

   I have printed fresh copies from the same document the original court filed were
printed from and added copies (PDF scans) of the stamped copy and all signatures (in
Black and White for contrast) because, as you can see the scanned copies are a bit
washed out. So just in case someone actually reads these documents it will be easier on
their eyes.
   I'm sure you can access the actual record on file by your computer, however, if you
direct, I will make copies from the scanned ones or go to the court and have them make
a copy of their record.
Please aknowledge receipt so contact can be made and the required response clock
begins.
If there is anything I can do to expidite this matter and its resolution please just call (I'm
up till 5am many times), text or email.

                              Thank you; by: Colin Derek Moncrieff-yeates
                              by: Colin Derek family Moncrieff-yeates
                                        C/O 3340 Hewitt Ave.
                                        Silver Spring, Md. 20906
                                        passmctnow@gmail.com
                                        202-809-7593

*See attached certificate*

## INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of _Maryland_

County of _Montgomery_ } ss.

On this the _3rd_ day of _November_ , _2025_ , before me,
    Day          Month          Year

_Sierra M. Trammell_ , the undersigned Notary Public,
       Name of Notary Public

personally appeared _Colin Derek Moncrieff - Yeates_
                       Name(s) of Signer(s)

☐ personally known to me **– OR –**
☑ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

> SIERRA M. TRAMMELL
> Notary Public - State of Maryland
> Prince George's County
> My Commission Expires Dec 21, 2028

_S M Trammell_
Signature of Notary Public

_Notary Public_
_my commission expires 12/21/2028_
Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

_Place Notary Seal/Stamp Above_

---

**— OPTIONAL —**

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Letter to Jeanine Perro_

Document Date: _September 15, 2025_ Number of Pages: _One_

Signer(s) Other Than Named Above: _No other signers_

---

©2023 National Notary Association

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No.# <u>2025-CAB-000658</u>

<u>Colin Derek Moncrieff-Yeates</u>
Plaintiff

<u>Donald John Trump</u>
Defendant

## <u>AFFIDAVIT OF MAILING BY CERTIFIED/REGISTERED MAIL</u>

I, man with given name "Colin Derek" of the "Moncrieff-Yeates" family/clan, under oath do hereby

state the following:

That my date of birth is May 16, 1956,

That I receive mail at: C/O 3340 Hewitt Ave. #61, Silver Spring, Maryland, [20906],

That a copy of the initial Order, Complaint, and Summons was mailed by affiant to:

Attorney for the District of Columbia "Jeanine Pirro", by registered/certified mail To: "Attorney for

the District of Columbia, Jeanine Pirro,  U.S Attorney's Office for the District of Columbia, 601 D

Street N.W. Washington D.C. 20579-"


I declare under penalty of perjury that the foregoing is true and correct. See attached copy of

CERTIFIED MAIL RECEIPT #                                        and

UNITED STATES POSTAL SERVICE Receipt with TRACKING NUMBERS

Dated     /  /2025.



Signed: _by Col Mo[f] [eed]_

Date: _nov. 3    2025_

_See attached certificate_

**VERIFICATION ON OATH OR AFFIRMATION**

State of _Maryland_

County of _Montgomery_ } ss.

Subscribed and sworn to (or affirmed) before me

this _3rd_ day of _November 2025_, by
   Day          Month        Year

_Colin Derek Moncrieff-Yeates_
Name of Signer No. 1

_____
Name of Signer No. 2 (if any)

SIERRA M. TRAMMELL
Notary Public - State of Maryland
Prince George's County
My Commission Expires Dec 21, 2028

_Signature of Notary Public_

_Notary Public_
_my commission expires: 12/21/2028_

Place Notary Seal/Stamp Above          Any Other Required Information
                                        (Residence, Expiration Date, etc.)

───────────────────── **OPTIONAL** ─────────────────────

*Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit of Mailing By Certified/_
_Registered Mail_

Document Date: _No Date_ _____ Number of Pages: _One_

Signer(s) Other Than Named Above: _No other Signers_

©2020 National Notary Association

Jeanine Ferris Pirro (Private and Confidential)
Attorney for the District of Columbia, Jeanine Pirro,
U.S Attorney's Office for the District of Columbia,
601 D Street N.W. Washington D.C. 20579
Jeanine.Pirro@USDOJ.gov
(202) 252-7566

## FOR YOUR EYES ONLY

Dear Jeanine Pirro,

Please find copies of documents filed in the In the "Superior Court of the District of Columbia, months ago, fulfilling the requirements of service under DC Rule 4 (e), I mistakenly sent this "package" to Pam Bondi which explains why there has still not been a reply, response, notice of forwarding to the proper "person", etc.

For those reasons and my long observation of your public life I've considered you a sister of sorts in this long battle against evil in all its forms. I'm actually pleased that it is you who I may be able to converse in order to work on settling these matters. This may seem like a small matter, but the ramifications I believe are huge and I believe that my right to make a record of the truth of the matters is similar to most of the people that were there that day but the narrative has been changed to diminish the appearance of the harm, deprivation of rights including conspiracy to cause harm, and the continued targeting of lawful Americans entitled to "the equal protection of the laws".

It was never my intent to sue Donald and as exhibit A shows I have sent letters and finally "Notice to sue and opportunity to cure". I don't know what else to do and even now I am having difficulties serving him according to the process and mail is being intercepted. (perhaps that is another reason this record is being made)
From my observations and minor deep dives on Donald but keeping an eye on him over the years, I believe he will be upset too that I have been thwarted from giving him vital information for years. That information could have avoided the "filmtography" (movie making to make appear what is not actually there) activities on various stages and actors acting in concert to provide contrived "evidence" sufficient to unlawfully hunt down Americans without due process (more crimes) etc.etc., and all that has criminally transpired from it.
The information is as important today as it was 2 years before he decided to run for office, so at least I will be able to make record that I did all I could to relay that information to him by every means legally available to me.
Clearly there are "mutually beneficial" solutions which can become "Star Decicus".
Ironically I believe "Star Decisus" has become the depletion of due process, especially when it becomes, in effect, the laws that excuse accountability for clear and obvious atrocities in plain opposition to the intent of the laws. However, any step towards accountability is a step in the right direction.

If I may share a writing that was put in one of my court documents out of righteous anger and in prayer:

"Just because the legal system has been running roughshod over the Law, does not mean the Law is impotent but merely gathering evidence for the day when Justice returns."

So for 25 +/- years I have been making a "record" sufficient to prosecute most for treason, murder, deprivation of rights and due process, counterfeiting, Uttering and Passing and a bunch more, for the day that Justice Returns. Has it returned? Let's get it back and then make full use of it for accountability.

My Wife says I should not tell of my successes because it sounds like bragging... but how then do I express "credibility"? Besides whenever I share any accomplishment and use the "I" it means God showed me and I bumbled along and followed his lead.
With that said I have won several cases and helped many others even against corrupt courts, clerks and Judges. (why do so many fail to hold Clerks accountable? Like picking the same judge instead of randomly). The miracle of the whole thing is that the first case I went all the way to the State Supreme Court (Oklahoma) with, the subject matter was the foundation of the knowledge needed to comprehend the actual problem, deceptions, scams, etc. and processes to win even when they act criminally against you, and then ultimately "discover" (walked the pathway) to "The Solution". The one that will remove all the corrupt in short order and only replace with "competent" people who desire to abide by the laws and exercise the position in a manner intended with honor.

I pray that you will actually receive this letter and will set some time aside to meet with me and begin the process of settlement, or better still have him call me, I'm usually awake till 5AM so call it "late night entertainment based in law". I have a lot of tools that will be helpful to everyone that only can be found by desperate people tryin to get justice within the laws... AS WRITTEN, only to find it is a bunch of corrupt, corrupted and corruptible individuals all working in concert to destroy this republic. Not on my watch! I'll get it done sooner or later but once everyone who is inclined to Make America Great, knows what has been given to me, it will be like throwing water on the Wicked Witch!! - like how to remove corrupt judges without a court order, hearing or anything they control. Precisely why this case is brought in this DC Court.

As in all things Blessings

From and by: _[signature]_
Man with given name: Colin Derek family Moncrieff-Yeates





U.S. POSTAGE PAID
PM
SILVER SPRING, MD 20902
NOV 03, 2025

**$20.15**

S2324H503050-22

Civil Division
NOV 7 2025
US Attorney's Office DC

*Retail*

20579

RDC 03

CERTIFIED MAIL

9589 0710 5270 2736 6153 75

JMV

Jeanine Ferris Pirro (Private and Confidential)
Attorney for the District of Columbia, Jeanine Pirro,
U.S. Attorney Office for the District of Columbia,
601 D street N.W. Washington D.C. 20579

DOJ-FASS

Tracking No: 9589071052702796815375

Building:
Room:
— PHB - -
Dept:
Received On: 11/07/2025 07:16:07am
Route:
USAO-PHB

PRIORITY
MAIL
★ ★ ★

TRACKED
★ ★ ★
INSURED

UNITED STATES
POSTAL SERVICE®
For Domestic and International Use

Label 107R, May 2014

X-RAYED #4
NOV 07 2025
DOJ MAIL ROOM



D. STREET N.W.
...ington D.C. 20579